Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14716−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael M. Hiller
aka Michael M. Hiller Sr., dba Finishing Touch
2 Lebia Court
Sewell, NJ 08080

Kelly A. Hiller
aka Kelly Ann Hiller, dba Finishing Touch
2 Lebia Court
Sewell, NJ 08080

Social Security No.:
xxx−xx−2389                                         xxx−xx−0001

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 25, 2020.

On 8/18/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:             September 23, 2020
Time:             09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 19, 2020
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 20-14716-ABA
Michael M. Hiller                                                   Chapter 13
Kelly A. Hiller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Aug 19, 2020
                              Form ID: 185             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
```
db/jdb         +Michael M. Hiller,   Kelly A. Hiller,   2 Lebia Court,   Sewell, NJ 08080-2022
518773316       Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
518831039      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
518773317      +Barclays Rewards Mastercard,    PO Box 13337,   Philadelphia, PA 19101-3337
518773318      +Boucher Funeral Home, LLC,    1757 Delsea Drive,   Deptford, NJ 08096-3626
518773320      +CitiCards,    PO Box 6500,   Sioux Falls, SD 57117-6500
518825969     #+Denise Carlon, Esquire,    KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518773323       Fulton Bank - Visa,    Cardmember Service,   PO Box 790408,   Saint Louis, MO 63179-0408
518809689      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L,    6409 Congress Avenue, suite 100,
                 Boca Raton, FL 33487-2853
518785924      +Joseph G. Devine Jr., Esq.,    30 Montgomery Street,   Suite 1205,
                 Jersey City, New Jersey 07302-3835
518826367      +Lakeview Loan Servicing, LLC,    Denise Carlon, Esquire,   216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518841323      +Lakeview Loan Servicing, LLC,    PO Box 840,   Buffalo, NY 14240-0840
518773324       M&T Bank,    PO Box 619063,   Dallas, TX 75261-9063
518834257       State Farm Bank,    c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518773325       State Farm Bank Visa,    PO Box 23025,   Columbus, GA 31902-3025
518837439       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,   PO Box 108,
                 Saint Louis MO 63166-0108
518773322     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: Elan Financial Services,    PO Box 790408,
                 Saint Louis, MO 63179-0408)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 23:26:27      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 23:26:26      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518847922       E-mail/Text: ally@ebn.phinsolutions.com Aug 19 2020 23:25:39      Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
518773315      +E-mail/Text: ally@ebn.phinsolutions.com Aug 19 2020 23:25:39      Ally Financial,
                 PO Box 380901,   Minneapolis, MN 55438-0901
518781885       E-mail/Text: mrdiscen@discover.com Aug 19 2020 23:25:46      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
518773321      +E-mail/Text: mrdiscen@discover.com Aug 19 2020 23:25:46      Discover Card,
                 Attn: Bankruptcy Dept.,   PO Box 3025,   New Albany, OH 43054-3025
518773319       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 19 2020 23:35:46
                 Chase Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
518813471       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 23:35:25      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518828698       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2020 23:35:53
                 Portfolio Recovery Associates, LLC,   c/o Barclays Bank Delaware,   POB 41067,
                 Norfolk VA 23541
                                                                                              TOTAL: 9
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Aug 19, 2020
                              Form ID: 185             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor    LakeView Loan Servicing, LLC
               jdevine@schillerknapp.com,   kcollins@schillerknapp.com;lgadomski@schillerknapp.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Michael M. Hiller rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              Richard S. Hoffman, Jr.    on behalf of Joint Debtor Kelly A. Hiller rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```