Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–14716–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael M. Hiller<br>aka Michael M. Hiller Sr., dba Finishing Touch<br>2 Lebia Court<br>Sewell, NJ 08080 | Kelly A. Hiller<br>aka Kelly Ann Hiller, dba Finishing Touch<br>2 Lebia Court<br>Sewell, NJ 08080 |

Social Security No.:
   xxx–xx–2389                                             xxx–xx–0001

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 9, 2023</u>              <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court